IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK J. CHAREST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH JONES, Warden, STEPHEN )<br>WALKER, Chaplain, et al., )<br>)<br>Defendants. ) | Case No. 2:12-cv-428-MEF-SRW<br>(WO) |

**ORDER**

Patrick Charest has filed a Supplemental Amendment of State Agent Retaliation(s) (Doc. # 6), which the Court construes as a motion for a temporary restraining order. It is hereby ORDERED that the motion is DENIED.

Done this the 4th day of June, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE