IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK J. CHAREST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-428-MEF-SRW |
| ) | (WO) |
| KENNETH JONES, Warden, STEPHEN ) | |
| WALKER, Chaplain, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Patrick Charest has filed a Supplemental Amendment of State Agent Retaliation(s) (Doc. # 6), which the Court construes as a motion for a temporary restraining order. It is hereby ORDERED that the motion is DENIED.

Done this the 4th day of June, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE